FILED

06/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0555

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0555

_____

JAYSON O'NEILL,

     Plaintiff and Appellee,

    v.

GREG GIANFORTE, in his official capacity as
GOVERNOR OF MONTANA,

     Defendant and Appellant.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Friday, September 13, 2024, at 9:30 a.m. at the Holiday Inn Missoula Downtown, Missoula, Montana, with an introduction to the argument beginning at 9:00 a.m.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for Appellant and thirty (30) minutes for Appellee.

The Court will not entertain any motions to reschedule.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy of this Order to all counsel of record, to Elaine Gagliardi, Dean, Alexander Blewett III School of Law, University of Montana, to John Mudd, Executive Director, State Bar of Montana, and to Honorable Kathy Seeley, District Judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 27 2024